# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

HLR OIL & GAS, LLC,              )
                                 )
    Plaintiff,               )
                                 )
v.                               )  Case No. CIV-18-692-D
                                 )
GAEDEKE HOLDINGS VII,            )
LTD., et al.,                    )
                                 )
    Defendants.              )

# **ORDER OF REMAND**

This matter came before the Court on Plaintiff, HLR Oil & Gas,LLC's Motion to Remand [Doc. No. 8], which asserts complete diversity of citizenship is lacking between the parties. The Court has also reviewed Defendants' response to Plaintiff's motion, which concedes complete diversity is not present since one or more of Plaintiff's members is a resident of Texas (Defendants are Texas limited liability companies).[1] After conducting its own independent review of the parties' submissions and applicable law, the Court concludes complete diversity does not exist.

---

[1] The citizenship of a limited liability company (LLC), for purposes of diversity, must include reference to the citizenship of all the LLC's members. *Siloam Springs Hotel, L.L.C. v. Century Sur. Co.*, 781 F.3d 1233, 1237-38 (10th Cir. 2015).

Accordingly, Plaintiff's Motion to Remand is **GRANTED**. This case is hereby **REMANDED** to the District Court of Grady County, Oklahoma.

**IT IS SO ORDERED** this 7th day of September 2018.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE